

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

04-23-01084-CV

**IN RE** Nicole **ALVARADO**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez Justice
               Beth Watkins, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: January 10, 2024

PETITION FOR WRIT OF MANDAMUS DISMISSED

On December 20, 2023, relator filed a petition for writ of mandamus. On December 28, 2023, relator filed a motion to dismiss her petition for writ of mandamus without prejudice. After consideration, the court GRANTS the motion. Accordingly, relator's petition for writ of mandamus is DISMISSED without prejudice to refiling.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2023-CI-23309, styled *In the Interest of E.K.A.-K.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.